UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HYUNG-CHIL KANG, M.D.,

Plaintiff

v.

AC3, INC., ET AL.,

Defendants.

Case No. 3:23-CV-320-CCB

# ORDER

This matter is before the Court following Magistrate Judge John Martin's report and recommendation (ECF 64). Judge Martin recommended that the Court grant Plaintiff's verified Motion to Enforce Settlement (ECF 51) and order Defendant AC3, Inc., to make its overdue payment to Plaintiff Hyung-Chil Kang, M.D., within a reasonable time.

With no objection to the well-reasoned report and recommendation, the Court **ADOPTS** the report in its entirety and incorporates Magistrate Judge John Martin's recommendations into this order. (ECF 64). Plaintiff's Motion to Enforce Settlement is **GRANTED**. (ECF 51).

Defendant AC3, Inc. is **ORDERED** to make its overdue payment to Plaintiff no later than **September 14, 2026**. Additionally, Plaintiff and AC3 are **ORDERED** to file a joint status report on or before **September 14, 2026**, informing the Court of the status of Plaintiff's and AC3's efforts to "take any and all actions and execute any and all documents necessary to secure a prejudicial dismissal of the [Kang] Lawsuit and to

otherwise effectuate the terms and conditions of [the Member Settlement Agreement].” (ECF 51-1 at 4).

Plaintiff shall also file a separate status report on or before **September 14, 2026**, on his claims against Defendant Mohamed Farhat, M.D.

SO ORDERED on August 14, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT